

Opinions of the United
States Court of Appeals
for the Third Circuit

8-17-2004

# Fielder v. Varner

Precedential or Non-Precedential: Precedential

Docket No. 01-1463

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Fielder v. Varner" (2004). *2004 Decisions*. Paper 370.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/370

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

<u>**PRECEDENTIAL**</u>

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-1463

ANTHONY FIELDER,

Appellant

v.

BENJAMIN VARNER;
THE DISTRICT ATTORNEY OF COUNTY OF PHILADELPHIA;
ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

(Dist. Court No. 00-cv-02599)
District Court Judge: Honorable Louis Charles Bechtle

Argued: January 12, 2004

Before: ALITO, CHERTOFF, and BECKER, <u>Circuit Judges</u>.

(Opinion Filed: August 9, 2004)

## ORDER AMENDING OPINION

The opinion in the above case is hereby amended as follows:

1.  On page 3 in the right column, the line reading, "As a consequence, the Magistrate Judge stated, Fielder's time to file his petition began to run one year thereafter, on April 24, 1997.  See Burns v. Morton, 134 F.3d 109, 110 (3d Cir. 1998)," should be changed as follows:

As a consequence, the Magistrate Judge stated that Fielder's time to file his petition began to run on April 24, 1996.  See Burns v. Morton, 134 F.3d 109, 110 (3d Cir. 1998).


/s/ Samuel A. Alito, Jr.
Circuit Judge


Dated:  August 17, 2004